0590-15
82,938-02



CHIEF JUSTICE NUECES COUNTY COURTHOUSE
CHRISTI, TEXAS 78401 JUSTICES 361-888-0416 (TEL)
CONTRERAS GARZA     GINA M. BENAVIDES  HIDALGO

ROGELIO VALDEZ 901 LEOPARD, 10TH FLOOR  CORPUS
NELDA V. RODRIGUEZ 361-888-0794 (FAX)     DORI
COUNTY

GREGORY T. PERKES
NORA L. LONGORIA

CLERK
CECILE FOY GSANGER

ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

www.txcourts.gov/13thcoa

# Court of Appeals

## Thirteenth District of Texas

August 14, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
201 West 14th St., Room 106
Austin, TX  78701

Re:      Cause No. 13-12-00651-CR
Tr.Ct.No. 1246930d
Style: SAMUEL ARRENADO A/K/A SAMUEL ARREN FERRALEZ v. THE STATE OF
         TEXAS

The record in the above cause was this day electronically submitted to the Court of Criminal Appeals.   " Audio "

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch

cc:    Hon. Thomas A. Wilder (DELIVERED VIA E-MAIL) Hon.
       Charles M. Mallin (DELIVERED VIA E-MAIL)
       Mr. Samuel  Arrenado  Ferralez
       Hon. Mark  D.  Scott (DELIVERED VIA E-MAIL)
       Hon. Joe Shannon Jr. (DELIVERED VIA E-MAIL) Hon.
       Mollee Westfall

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 21 2015

Abel Acosta. Clerk